City of St. Augustine v. Usina—Opinion of Court.

THE CITY OF ST. AUGUSTINE, APPELLANT, VS. MICHAEL USINA, APPELLEE.

In a common law case an appeal lies only after a final judgment.

Appeal from the Circuit Court for St. Johns county.

The facts of the case are stated in the opinion of the court.

The record in this case was not furnished the Reporter in time to enable him to place it among the other common law cases.

C. M. Cooper for the Motion.

THE CHIEF-JUSTICE delivered the opinion of the court.

This is an action at law by appellee against appellant, in tort. Appellant demurred to the declaration, and the court gave judgment overruling the demurrer and gave appellant time to plead. Without pleading over, the City appealed from the judgment overruling the demurrer. The statute

gives a right of appeal only from a final judgment. The judgment here is merely interlocutory. Nothing. has been determined, except that the declaration is good in form and substance. Nothing has been adjudged to the plaintiff, damages or costs. In cases at law there can be no appeal by defendant until the final action of the Circuit Court upon demurrer, or an inquest, confession, or verdict and judgment thereon.

The motion to dismiss the appeal must be granted. So ordered.